Garfield J. Green

**GARFIELD J. GREEN**
Name

FILED
FEB 24 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

301 S. Walnut, Cottonwood Falls, KS, 66845
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Garfield J. Green, Plaintiff
(Full Name)

CASE NO. 22-3039-SAC
(To be supplied by the Clerk)

V.

Jo Schrafer, Larry Sigler, Defendant(s)
Richard Dorneker and I.C.E Immigration

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Garfield J. Green (Plaintiff), is a citizen of resident New York (State)

who presently resides at Chase County Detention Center in Cottonwood Falls, Kansas
(Mailing address or place of confinement.)

2) Defendant Larry Sigler (Name of first defendant) is a citizen of Cottonwood Falls, Kansas (City, State), and is employed as Jail Administrator (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

See enclosed summary

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant **Richard Dorncker** is a citizen of
   (Name of second defendant)

   **Cottonwood Falls, Kansas**, and is employed as
   (City, state)

   **Sheriff of Chase County**. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

   **See attached Summary**

   (Use the back of this page to furnish the above information for additional defendants.)

   **2 more →**

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   **Operating a facility that houses Immigration and knowingly and failing to provide accomidations for handicap/wheelchair bound inmates and detainees. Medical staff attempting to administer the wrong diabetic insulin.**

Jo Schrafer - Jail supervisor of Chase county jail - Cottonwood falls, Kansas

The entity known as Immigration and Customs (I.C.E.) Enforcement for allowing these atrocities to continue taking place.

*[handwritten note at top: "PS; 2 pages ONLY Not 3 pages"]*

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _See attached Summary_

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_See attached Summary for all additional information._

B) (1) Count II: ____

(2) Supporting Facts: ____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____ N/A _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

   _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

The aforementioned complaints were verbally sought and met with retaliation and unprofessional and inhumane acts that have caused me to fear for my immediate safety and my life.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A full and complete internal and external investigation. My citizenship status to be reconsidered. Immediate transfer to a lawfully and medically accomidating facility, perhaps closer to my family in New York.

_____    _____
Signature of Attorney (if any)    Signature of Plaintiff

_____

_____

(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

Brief Summary of Conditions of What have been happening

      I been in Immigration since April 30th 2021, i was put in a detention center in polaski county in Illinois. While i was there i went through unvariable, mentally and horrible situations. I have a medical history , i am a diabetic , i also have trouble with high depression, chronic disease in a wheelchair with an amputee leg. When i got here the cushion for my wheelchair was supposed to prevent me from getting sores on my butt.I have sores on my butt now from sitting in my wheelchairs for long periods of times. this was the first issue i brought up but noone care to listen or try to help me.It has been hard to control my diabetic, uncontrolable presure ,which supposed to be the nurse firts intention and obligation for my interest. But somewhere along the line, that all got thrown out throught the door. Retaliation started to occurred as soon as i started filing complaints,to the courts and the ACLU Civil right Attorney Office.A lot of animosity between me and the staff start to occurred. I started requesting access to their law library requesting the lawfull time given by their program and rules to access the library. Remind you which at this time the facility was truly understaff which i really do understand the predigament and aggrevation of the staff during the time, but i truly try my very best to be patien and understanding and try to explained very oftenly to the staff how important it is for me to be in the library, fighting my case to get back home to my family and specially my daughter and my son which i never got the opportunity to hold them. Now through my complains to the upper staff to the upper management and majority of the time. To the very owner of the jail boss whos name is larry. All i ever got back from larry and everyone else specially the nurse staff was retaliation. I Fell out of my wheelchair on November 27th , 2021. And the officer Mr derrick was working at the time Saw everything while watching the camera. He came in to check on me to see if i was ok. When he saw that i was hurt,he went back to his station and position. And made an incident report to the head of nursing Ms cheryl and staff, when cheryl saw me acouple days later and verbally inspected me she came up with a conclutions that it might be a sprain or i might pulled a muscle, Now after a few weeks later things only got worst, I daily complained to cheryl .The pain was unvariable to the point, where i had to ask for an X-ray.The nurse keeps putting me off for over 2 months.I started reaching out to family and friends for help,they started calling the jail.Finally on feburary 15, 2022, at 2 :00 Pm , i was finaly takend out my cell to transport to the transport van , to drive 3 minutes acrossed the street to the hospital.To my amazement and unbelieved all this time , all those weeks , all those months ,that the hospital was 3 minutes away from the jail.

      My hand that i used as a skill trade man to feed and support my family. I fell out my wheelchair because the jail facility refused to fix the shower,water running out into the pod / unit. Which cause a dangerous problem to us inmates in wheelchair. This negligent could had been prevented by just fixing the shower. It's has been so hard moving around safetly on the wet floor with out slipping or falling. Now i have a bulleye on my back for complaining for the jail staff to fix these problems. On Janurary 26th, 2022 an incident happen, i asked if i could used the law library. Officer Kimberly started to cursed me out and threaten me saying her mom work in

the kitchen. And that she can fuck me over all because i ask to used the law library. I took the threat very seriously and i was scared of my wellbeing. So i reported it to Mr. Larry and Ms. Jo the jail house bosses and Immigration. Because of the threat Ms Kimberly mad i stop eating my food coming from the kitchen which her mom work in. I started ordering my own food from commissary. Now 14 days after refusing from eating the jail food. I was taken out of my cell to a segregation cell. When i asked why am i getting put in a segragation cell?. One of the officers told me is because i refused to eat the jail food. They took away my commissary and all my property which also had my prostetic leg. While i was in my wheelchair waiting for the nurse to come and talk to me about what's going on, and why. All of the sudden the water sprinkler came on, Dirty black color water with a high odor was all over me while i was in my wheelchair. I was scared and i started yelling banging on the cell door yelling for help. While pressing the panic botton in the cell. I was scared for my life thinking they were trying to kill me or could be in a fire. While looking through my cell door window screaming out for help soking wet and freezing from the dirty sprinkler water. I could see Mr Larry the jail boss and the other officers cleaning up and walking around. An hour later Mr. Larry and one of the officer open my cell and took me to another cell so they could clean up my cell. Mr. Larry never even asked me if i was ok. Instead Mr. Larry accused me of tampering with the sprinkler. Then Mr. Larry put me into another cell so i started cussing everybody out asking why no one came to help me. Mr. Larry told me it was my fault. This is all happening because of me refusing from eating their food. Mr. Larry told me the only way i could get some warm clothes is if i do what he said. Which was allowed him to go outside to buy me food to eat and i have to eat it. So i had no choice so i accept his offer. Ever sinced i ate the food Mr. Larry gived me i have been throwing up using the bathroom every 5 minute.