Garfield. J. Green #0955 29132
301 S. Walnut Street
Cottonwood Falls, KS 66845



TO: Timothy M. O'Brien, Clerk of Court
United States District Court
444 S.E. Quincy
Topeka, Kansas 66683

RECEIVED

FEB 2 4 2022

CLERK U.S. DIST. COURT
TOPEKA, KANSAS